1  JOHN S. BATTENFELD (SBN 119513)
   e-mail: jbattenfeld@morganlewis.com
2  AMY B. PINSKE (SBN 237819)
   e-mail: apinske@morganlewis.com
3  MORGAN, LEWIS & BOCKIUS LLP
   300 South Grand Avenue, 22nd Floor
4  Los Angeles, CA 90071-3132
   T: 213.612.2500 / F: 213.612.2501
5
   MICHAEL J. PUMA, admitted *pro hac vice*
6  e-mail: mpuma@morganlewis.com
   MORGAN, LEWIS & BOCKIUS LLP
7  1701 Market St.
   Philadelphia, PA 19103-2921
8  T: 215.963.5000 / F: 215.963.5001

9  Attorneys for Defendant
   BIMBO BAKERIES USA, INC.

10
   ZORIK MOORADIAN (SBN 136636)
11 e-mail: zmooradian@aol.com
   LAW OFFICES OF ZORIK MOORADIAN
12 16501 Ventura Boulevard, Suite 410
   Encino, CA 91436
13 T: 818.783.4700 / F: 818.783.8983

14 (CONTINUED ON NEXT PAGE)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN GRANADOS, individually and on behalf of other persons similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BIMBO BAKERIES USA, INC., and DOES 1-10,<br><br>　　　　Defendant. | Case No. CV09-07329-DMG (FFMx)<br><br>**AMENDED [PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT** |

SAHAG MAJARIAN II (SBN 146621)
e-mail: sahagii@aol.com
LAW OFFICES OF SAHAG MAJARIAN II
18250 Ventura Boulevard
Tarzana, CA 91356
T: 818.609.0807 / F: 818.609.0892

DENNIS F. MOSS (SBN 77512)
e-mail: dennis@yahoo.com
H. SCOTT LEVIANT (SBN 200834)
e-mail: scott@spiromoss.com
LINH HUA (SBN 247419)
e-mail: linh@spiromoss.com
SPIRO MOSS LLP
11377 W. Olympic Blvd., 5th Floor
Los Angeles, CA 90064-1683
T: 310.235-2468 / F: 310.235-2456

Attorneys for Plaintiff
BENJAMIN GRANADOS

On December 13, 2010, the Court heard the motion for preliminary approval of class action settlement by Benjamin Granados (the "Class Representative"). The Court has considered the Joint Stipulation of Class Settlement and Release ("Stipulation") and the proposed Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing ("Class Notice") and attached exhibits, and the submissions of counsel, and hereby finds and orders as follows:

1. The Court finds on a preliminary basis that the settlement memorialized in the Stipulation, filed with the Court, falls within the range of reasonableness and, therefore, meets the requirements for preliminary approval.

2. The Court conditionally certifies, for settlement purposes only, the following class ("Class"):[1] All persons who were on the payroll of Bimbo Bakeries USA, Inc. ("BBUSA") for at least one day during the Class Period in a position that was subject to time rounding by BBUSA in the State of California. The Court finds, for settlement purposes only, the requirements of Federal Rule of Civil Procedure 23(a) and Federal Rule of Civil Procedure 23(b)(3) are satisfied, with the exception of the manageability requirement of Rule 23(b)(3) that the Court need not address for purposes of settlement. The Court further finds, for settlement purposes only, that conditional certification of the Action as a collective action under section 216(b) of the Fair Labor Standards Act ("FLSA") is appropriate.

3. This Order, which conditionally certifies a class action for settlement purposes only, shall not be cited in this or any matter for the purpose of seeking class or collective certification or for any other purpose, other than enforcing the terms of the Stipulation.

4. The Court appoints, for settlement purposes only, Benjamin Granados as the Class Representative.

---

[1] All capitalized terms in this Order shall have the same definitions as those set forth in the Stipulation.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

5. The Court appoints, for settlement purposes only, Dennis F. Moss, and Spiro Moss LLP; Zorik Mooradian and Law Offices of Zorik Mooradian; Sahag Majarian II and Law Office of Sahag Majarian II as Class Counsel for the purposes of Settlement and the releases and other obligations therein. Simpluris, LLC is appointed as Settlement Administrator.

6. The Class Notice, attached to the Motion for Preliminary Approval as Exhibit B, and the Claim Form, Change of Name and/or Address Information, Election Not to Participate in Settlement, and Settlement Administrator form of letter regarding inconsistent documentation, attached to the Class Notice as Forms A through D, respectively, are approved. The Settlement Administrator is ordered to mail those documents to the Class members as provided in the Stipulation and to post them on its website. Such documents shall be removed from the Settlement Administrator's website within three (3) business days of the occurrence of the claim filing deadline.

7. Defendant believes that a majority of the Class Members understand written English, but Spanish may be the primary language of certain Class Members. Accordingly, the Settlement Administrator shall also mail the Class Notice and attached Forms A through D in Spanish to Class Members and post them on its website. Such documents shall be removed from its website within three (3) business days of the occurrence of the claim filing deadline.

8. Defendant's deadline to provide the data to the Settlement Administrator as set forth in Section VIII (A)(1) of the Stipulation is extended until January 14, 2011.

9. Each Class Member who does not timely submit an Election Not to Participate in Settlement will have forty-five (45) days after the date on which the Settlement Administrator mails the Class Notice to object to the Settlement by serving on the Settlement Administrator, Class Counsel, and Counsel for BBUSA by the forty-five (45) day deadline, a written objection to the Settlement.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

10. The Settlement Administrator shall post Class Counsel's motion for the Class Counsel Attorneys' Fees and Costs Payment on its website. Each Class Member who does not timely submit an Election Not to Participate in Settlement will have twenty (20) days after the date on which the Settlement Administrator posts Class Counsel's motion for the Class Counsel Attorneys' Fees and Costs Payment on the Settlement Administrator's website to object to the Class Counsel's motion for the Class Counsel Attorneys' Fees and Costs Payment by serving on the Settlement Administrator, Class Counsel, and Counsel for BBUSA, by the twenty (20) day deadline, a written objection to the motion.

11. The Court will conduct a Final Approval Hearing on **June 6, 2011 at 9:30 a.m.** to determine the overall fairness of the settlement and to fix the amount of attorneys' fees and costs to Class Counsel and enhancements to the Class Representative. The Final Approval Hearing may be continued without further notice to Class Members. Class Counsel shall file their motion for final approval of the settlement, including approval of attorneys' fees, costs, and the Class Representative enhancement sought in the Settlement, on or before May 9, 2011.

IT IS SO ORDERED.

Dated: December 28, 2010

_____
Honorable Dolly M. Gee
United States District Judge